```
 1  JOHN L. BURRIS, ESQ. SB #69888
    BENJAMIN NISENBAUM, ESQ. SB #222173
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport St., Suite 1120
    Oakland, CA  94621
 4  (510) 839-5200
    (510) 839-3882 fax
 5
 6
    Attorneys for Plaintiffs
 7
 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
11  ADRIENNE DESANTIS,              )   Case No.: 07-04474 BZ
12                                  )
              Plaintiffs,           )   SUMMONS RETURNED EXECUTED
13       v.                         )   SERVED:  CITY OF SANTA ROSA
                                    )
14  CITY OF SANTA ROSA, et al.      )
                                    )
15                                  )
              Defendants.           )   PROOF OF SERVICE
16  _____)
```

AO 440 (Rev. 8/01) Summons in a Civil Action

*De Santis v. City of Santa Rosa*

## RETURN OF SERVICE

C07-04474

Service of the Summons and Complaint was made by me

DATE: Sept 6, 2007

Name of SERVER: Ted Thrower
TITLE: Process Server

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: City of Santa Rosa City Attorneys Office 100 Santa Rosa Ave Rm 8 Santa Rosa, CA 95404
Accepted by Kathy Viall Legal Secretary

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 116 | $ 116 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/6/07
Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure