JOHN L. BURRIS, ESQ. SB #69888
BENJAMIN NISENBAUM, ESQ. SB #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 fax

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE DESANTIS,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, et al.<br><br>    Defendants. | Case No.: 07-04474 BZ<br><br>SUMMONS RETURNED EXECUTED<br>SERVED: EDWIN FLINT, CHIEF<br>OF POLICE FOR THE CITY OF<br>SANTA ROSA<br><br>PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action

Served: Edwin Flint, Chief of Police
Desantis v. City of Santa Rosa

## RETURN OF SERVICE

C07-04474

Service of the Summons and Complaint was made by me[1]

DATE: 9/6/07

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Carrie Cook, Records Dept.
965 Sonoma Ave.
Santa Rosa, CA 95402-1678

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/6/07
Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure