1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
   (510) 839-5200
5  (510) 839-3882 *fax*

6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 ADRIENNE DESANTIS,                )   Case No.: 07-04474 BZ
12                                   )
             Plaintiffs,             )   SUMMONS RETURNED EXECUTED
13      v.                           )   SERVED: TRAVIS MENKE, POLICE
                                     )   OFFICER FOR THE CITY OF
14 CITY OF SANTA ROSA, et al.        )   SANTA ROSA
15                                   )
             Defendants.             )   PROOF OF SERVICE
16 _____   )

17
18
19
20
21
22
23
24
25
26
27
28

Served: Travis Menke, Police Officer
Desantis v. City of Santa Rosa

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE    C07-04474

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/6/07 |

| Name of SERVER | TITLE |
|---|---|
| Ted Thrower | Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Carrie Cook - Records Dept.
965 Sonoma Ave.
Santa Rosa, CA 95402

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $0 | $0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/6/07
                Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure