BRIEN J. FARRELL, City Attorney (SBN 088318)
CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
as Chief of Police for the CITY OF SANTA ROSA;
PATRICIA MANN, individually and in her capacity as an officer
for the CITY OF SANTA ROSA; RICH CELLI, individually and
in his capacity as an officer for the CITY OF SANTA ROSA;
and TRAVIS MENKE, individually and in his capacity as an officer
for the CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE DESANTIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SANTA ROSA, a municipal corporation, EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as an officer for the CITY OF SANTA ROSA and DOES 1 through 25, inclusive,<br><br>  Defendants.<br>_____/ | Case No. C 07-4474 BZ<br><br>**ANSWER TO COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Defendants City of Santa Rosa; Edwin Flint, in his capacity as Chief of Police for the City of Santa Rosa; Patricia Mann, individually, and in her capacity as an officer for the City of Santa Rosa; Rich Celli, individually, and in his capacity as an officer for the City of Santa Rosa; Travis Menke, individually, and in his capacity as an officer for the City of Santa Rosa jointly and severally answer the Complaint as follows and respectfully request a jury trial:

1. Answering paragraph 1 of the complaint, these answering defendants admit that this action arises under Title 42 of the United States Code, Section 1983 and that jurisdiction is conferred upon this court by Title 28 of the United States Code Sections 1331 and 1343. Defendants further admit that the City of Santa Rosa is within this judicial district. Except as expressly admitted herein, defendants deny the remaining allegations set forth in paragraph 1.

**PARTIES**

2. Answering paragraph 2 of the complaint, these answering defendants lack sufficient information and or belief to respond to said allegations and basing their denial on that ground, deny the allegations set forth therein.

3. Answering paragraph 3 of the complaint, these answering defendants admit the allegations set forth therein.

4. Answering paragraph 4 of the complaint, these answering defendants admit the allegations set forth therein.

5. Answering paragraph 5 of the complaint, these answering defendants admit the allegations set forth therein.

6. Answering paragraph 6 of the complaint, these answering defendants admit the allegations set forth therein.

7. Answering paragraph 7 of the complaint, these answering defendants admit the allegations set forth therein.

8. Answering paragraph 8 of the complaint, these answering defendants lack sufficient information and or belief to respond to the allegations set forth therein and basing their denial on the ground deny the allegations set forth therein.

9. Answering paragraph 9 of the complaint, these answering defendants lack sufficient information and or belief to respond to the allegations set forth therein and basing their denial on the ground deny the allegations set forth therein.

10. Answering paragraph 10 of the complaint, defendants admit that at all time alleged herein the Defendant Officers were acting under color of law and in the course and scope of their employment with the City. Except as expressly admitted herein, defendants deny the remaining

allegations set forth in paragraph 10.

## STATEMENT OF FACTS

11. Answering paragraph 11 of the complaint, defendants deny the allegations set forth therein.

12. Answering paragraph 12 of the complaint, these answering defendants admit that Patricia DeSantis call emergency 911 dispatch on April 9, 2007 and reported that decedent had discharged a firearm into the ceiling of their residence. because he believed that there were people in the attic and that she told dispatch her husband was bipolar.  Except as expressly admitted herein, defendants deny the remaining allegations set forth in paragraph 12.

13. Answering paragraph 13 of the complaint, Defendants deny the allegations set forth therein.

14. Answering paragraph 14 of the complaint, these answering defendants deny the allegations set forth therein.

15. Answering paragraph 15 of the complaint, these answering defendants deny the allegations set forth therein.

16. Answering paragraph 16 of the complaint, these answering defendants deny the allegations set forth therein.

## DAMAGES

17. Answering paragraph 17 of the complaint, these answering defendants specifically deny that the decedent's death was wrongful.  Except as specifically denied, these answering defendants lack sufficient information and or belief to enable then to respond to the remaining allegations set forth in paragraph 17 and based on that ground deny the remaining allegations set forth therein.

18. Answering paragraph 18 of the complaint, these answering defendants specifically deny that plaintiff is entitled to an award of attorneys fees pursuant to Title 42 United States Code Section 1988.  Except as expressly denied herein, defendants lack sufficient information and or belief to enable then to respond to the remaining allegations set forth in paragraph 18 and based on that ground deny the remaining allegations set forth therein.

**FIRST CAUSE OF ACTION**
**(42 U.S.C. Section 1983)**
**(Against Defendant Officers MANN, CELLI, MENKE and DOES 1-10)**

19. Answering paragraph 19, these answering defendants refer to and incorporate by reference their responses to paragraphs 1 through 18, inclusive as though fully set forth herein.

20. Answering paragraph 20, these answering defendants deny the allegations set forth therein.

**SECOND CAUSE OF ACTION**
**(42 U.S.C. Section 1983)**
**(Against Defendants CITY, FLINT and Does 11-25)**

21. Answering paragraph 21, these an answering defendants refer to and incorporate by reference their there responses to paragraphs 1 through 20, inclusive as though fully set forth herein.

22. Answering paragraph 22, these answering defendants deny each and every allegations set forth therein and the whole thereof..

23. Answering paragraph 23, these answering defendants deny and each allegation set forth therein and the whole thereof.

24. Answering paragraph 24, these answering defendants deny and each allegation set forth therein and the whole thereof.

25. Answering paragraph 25, these answering defendants deny and each allegation set forth therein and the whole thereof.

**THIRD CAUSE OF ACTION**
**(42 U.S.C. Section 1983)**
**(Against Defendant CITY OF SANTA ROSA)**

26. Answering paragraph 26, these answering defendants refer to and incorporate by reference their responses to paragraphs 1 through 25, inclusive as though fully set forth herein.

27. Answering paragraph 27, these answering defendants deny each and every allegation set forth therein and the whole thereof.

28. Answering paragraph 28, these answering defendants deny each and every allegation set forth therein and the whole thereof.

29. Answering paragraph 29, these answering defendants deny each and every allegation

1  set forth therein and the whole thereof.

2  30. Answering paragraph 30, these answering defendants deny each and every allegation
3  set forth therein and the whole thereof.

4  31. Answering paragraph 31, these answering defendants deny each and every allegation
5  set forth therein and the whole thereof.

6  32. Answering paragraph 32, these answering defendants deny each and every allegation
7  set forth therein and the whole thereof.

**AFFIRMATIVE DEFENSES**

9  33. At all times herein mentioned, defendants, and each of them, acted in good faith and
10 believed that they were acting properly within the law and are therefore immune from liability
11 and entitled to the application of qualified immunity.

12 34. Plaintiff fails to allege facts sufficient to state a cause of action against these
13 answering defendants.

14 35. Defendant City of Santa Rosa is immune from punitive damages pursuant to the
15 provisions of California Government Code § 818, and provisions of federal law.

16 36. Defendants, and each of them, acted within their scope of discretion, in good faith,
17 with due care, and pursuant to applicable rules, regulations and practices, which were reasonably
18 and in good faith believed to be in accordance with the Constitution and laws of the United
19 States, and that defendants therefore are immune from liability.

20 37. All acts of defendants MANN, CELLI, and MENKE occurred in the proper exercise
21 of police powers.

22 38. Decedent acted in violation of California law, thereby causing the injuries of the
23 plaintiff, if any there were.

24 39. The decedent, Richard DeSantis, was at fault and negligent in the matters set forth in
25 the Complaint, and said fault and negligence contributed to and was the proximate cause of
26 plaintiff's injuries and damages, if any there were. Plaintiffs' recovery must be diminished to the
27 extent of said fault and negligence. Defendants will incur attorney's fees herein and are entitled
28 to recover such fees.

40. To the extent that any force was used during the incident complained of, it was privileged as being reasonably necessary, and as being believed to be reasonably necessary, in the lawful defense of the officers and third parties.

41. To the extent that any force was used in detaining Richard DeSantis, it was privileged as necessary to effect the detention, to prevent escape, or to overcome resistance.

WHEREFORE, defendants pray for judgment as follows:

1. That plaintiff take nothing by her complaint;

2. That attorney's fees and costs be awarded to defendants; and

3. For such further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Defendants, jointly and severally, hereby demand a jury trial in this action.

Dated: September 20 , 2007

/s/_____
Caroline L. Fowler
Assistant City Attorney
Attorney for Defendants
City of Santa Rosa, Edwin Flint, Chief of Police
Santa Rosa Police Officers Rich Celli, Travis Menke,
and Patricia Mann