```
 1  BRIEN J. FARRELL, City Attorney (SBN 088318)
    CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
 2  City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
 3  Santa Rosa, California 95404

 4  Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
 5
    Attorneys for Defendants
 6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
    as Chief of Police for the CITY OF SANTA ROSA;
 7  PATRICIA MANN, individually and in her capacity as an officer
    for the CITY OF SANTA ROSA;  RICH CELLI,  individually and
 8  in his capacity as an officer for the CITY OF SANTA ROSA;
    and TRAVIS MENKE, individually and in his capacity as an officer
 9  for the CITY OF SANTA ROSA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE DESANTIS, | Case No. C 07-4474 BZ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| CITY OF SANTA ROSA, a municipal corporation, EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as an officer for the CITY OF SANTA ROSA and DOES 1 through 25, inclusive, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a

United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

//

---
Declination to Proceed Before a Magistrate Judge, C07-4474 BZ                                    Page 1

1 | this case to a United States District Judge.

3 | Dated: September 20, 2007         /s/_____
                                      Caroline L. Fowler
                                      Assistant City Attorney
                                      Attorney for Defendants
                                      City of Santa Rosa, Edwin Flint, Chief of Police
                                      Santa Rosa Police Officers Rich Celli, Travis Menke,
                                      and Patricia Mann