1   BRIEN J. FARRELL, City Attorney (SBN 088318)
    CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2   City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
3   Santa Rosa, California 95404

4   Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
5
    Attorneys for Defendants
6   CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
    as Chief of Police for the CITY OF SANTA ROSA;
7   PATRICIA MANN, individually and in her capacity as an officer
    for the CITY OF SANTA ROSA;  RICH CELLI,  individually and
8   in his capacity as an officer for the CITY OF SANTA ROSA;
    and TRAVIS MENKE, individually and in his capacity as an officer
9   for the CITY OF SANTA ROSA

10

11                       UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

    ADRIANNE DESANTIS,                          Case No. C 07-4474 BZ
14
                    Plaintiff,
15                                              **NOTICE OF PENDENCY OF**
        v.                                      **ANOTHER ACTION OR**
16                                              **PROCEEDING**
    CITY OF SANTA ROSA, a municipal
17   corporation, EDWIN FLINT, in his capacity
    as Chief of Police for the CITY OF SANTA    [CIVIL LOCAL RULE 3-13]
18   ROSA; PATRICIA MANN, individually
    and in her capacity as an officer for the
19   CITY OF SANTA ROSA; RICH CELLI,
    individually and in his capacity as an officer
20   for the CITY OF SANTA ROSA; TRAVIS
    MENKE,  individually and in his capacity as
21   an officer for the CITY OF SANTA ROSA
    and DOES 1 through 25, inclusive,
22
                    Defendants.
23   _____/

24       1.    Description of Other Action:

25          The action described below is a suit for damages under 42 U.S.C. 1983 filed by the wife

26   of Richard DeSantis who died as a result of shots fired by police officers with the Santa Rosa

27   Police Department on her own behalf and on behalf of her minor children. She seeks to recover

28   as the successor in interest for alleged civil rights of the decedent and the rights of herself and her

1  minor children.

2       2.    Title and Location of Other Action:

3       *Patricia DeSantis, individually and as Successor in Interest for Richard  DeSantis,*

4  *deceased, and as Guardian ad Litem for Dani DeSantis, a minor, and Timothy Farrell, a minor,*

5  *v. City of Santa Rosa, et al.*, United States District Court, Northern District of California, No.

6  C 07-3386 JSW.

7       3.    Statement of the Relationship of the Other Action or Proceeding:

8       This action is an action under 42 U.S.C. 1983 by the mother of Richard DeSantis who

9  died as a result of shots fired by officers from the Santa Rosa Police Department on April 9,

10 2007.  The other action was filed by his wife on behalf of herself and her minor children arising

11 out of the same incident as described above.

12

13 Dated: September 20, 2007          /s/_____
                                     Caroline L. Fowler
14                                   Assistant City Attorney
                                     Attorney for Defendants
15                                   City of Santa Rosa, Edwin Flint, Chief of Police
                                     Santa Rosa Police Officers Rich Celli, Travis Menke,
16                                   and Patricia Mann

17

18

19

20

21

22

23

24

25

26

27

28