JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE DESANTIS,<br>    Plaintiffs,<br>vs.<br>CITY OF SANTA ROSA, a municipal corporation; EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually, and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as an officer; and DOES 1-25, inclusive, individually and in their capacities as officers for the CITY OF SANTA ROSA,<br>    Defendants.<br>_____ / | Case No. C 07 04474 JSW<br><br>**CERTIFICATE OF SERVICE**(CIVIL L.R. 5-6(a)) |

CERTIFICATE OF SERVICE (CIVIL L.R. 5-6(a))

Case No. C-07 04474 JSW

## PROOF OF SERVICE
ADRIANNE DESANTIS v. CITY OF SANTA ROSA
UNITED STATES DISTRICT COURT- NORTHERN
C-07-04474 JSW

I am a citizen of the United States and am employed in the County of Alameda, State of California. I am over eighteen (18) years of age and not a party to this action. My business address is 7677 Oakport Street, Suite 1120, Oakland, California 94621. On the date below, I served the following documents in the manner indicated on the below named parties and /or counsel of record:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

▶▶▶**U.S. Mail,** with First Class postage prepaid and deposited in sealed envelopes at Oakland, California.
Facsimile **Transmission** from (510) 839-3882 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine to
**Hand-Delivery via Courier**
Other:

JOHN HOUSTON SCOTT
THE SCOTT LAW FIRM
1375 SUTTER STREET, #222
SAN FRANCISCO, CA 94109

ERIC MITCHELL SAFIRE
LAW OFFICES OF ERIC M. SAFIRE
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115

CAROLINE L. FOWLER
CITY ATTORNEY
100 SANTA ROSA AVENUE
P.O. BOX 1678
SANTA ROSA, CA 95402

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

Dated: Thursday, October 11, 2007                   _____
                                                     Staci J. Palmer

-1-