```
BRIEN J. FARRELL, City Attorney (SBN 088318)
CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
as Chief of Police for the CITY OF SANTA ROSA;
PATRICIA MANN, individually and in her capacity as an officer
for the CITY OF SANTA ROSA; RICH CELLI, individually and
in his capacity as an officer for the CITY OF SANTA ROSA;
and TRAVIS MENKE, individually and in his capacity as an officer
for the CITY OF SANTA ROSA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE DESANTIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, a municipal corporation, EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, , individually and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, , individually and in his capacity as an officer for the CITY OF SANTA ROSA and DOES 1 through 25, inclusive,<br><br>　　　　Defendants.<br>_____ / | Case No. C 07-4474 JSW<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On September 21, 2007, this Court issued a Related Case Order reassigning this matter to Judge White as it is related to the case of *Patricia DeSantis, et al. v. City of Santa Rosa, et al.*, Case No. C 07-3386 JSW.

On October 10, 2007, this Court issued an Order Setting Case Management Conference

1  for December 14, 2007, and Requiring Joint Case Management Conference Statement five court
2  days prior to that date, i.e., December 7, 2007.

3      On October 19, 2007, the Court conducted an Initial Case Management Conference in the
4  *Patricia DeSantis* matter wherein Judge White indicated that if plaintiff Adrianne DeSantis
5  participate in the ENE process in that matter which is now scheduled for January 7, 2008, he
6  would continue the Case Management Conference in this matter to the same date scheduled for a
7  further Case Management Conference in the *Patricia DeSantis* matter.

8      Accordingly, the parties hereby request that:

9      (1) the Initial Case Management Conference be continued from December 14, 2007 to the
10 further Case Management Conference date of January 11, 2008 to be heard simultaneously with
11 the related case of *Patricia DeSantis, et al. v. City of Santa Rosa, et al.*; and

12     (2) the filing of the Joint Case Management Conference Statement, Rule 26(f) report and
13 initial disclosures be continued from December 7, 2007 to January 4, 2008.

15 DATED: 11/9/07    CITY OF SANTA ROSA

17 By: _____
   Caroline L. Fowler
18 Assistant City Attorney
   Attorneys for Defendants

20 DATED: 11/9/07    LAW OFFICES OF JOHN L. BURRIS

22 By: _____
   John L. Burris
   Attorneys for Plaintiffs

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 DATED: _____

   Honorable Jeffrey S. White
27 United States District Judge