1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile:  (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
   as Chief of Police for the CITY OF SANTA ROSA;
7  PATRICIA MANN, individually and in her capacity as an officer
   for the CITY OF SANTA ROSA; RICH CELLI, individually and
8  in his capacity as an officer for the CITY OF SANTA ROSA;
   and TRAVIS MENKE, individually and in his capacity as an officer
9  for the CITY OF SANTA ROSA

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13
   ADRIANNE DESANTIS,                    Case No. C 07-4474 JSW
14
              Plaintiff,
15                                       STIPULATION AND ORDER FOR
      v.                                 CONTINUANCE OF CASE
16                                       MANAGEMENT CONFERENCE AND
   CITY OF SANTA ROSA, a municipal       RELATED DEADLINES
17 corporation, EDWIN FLINT, in his capacity
   as Chief of Police for the CITY OF SANTA
18 ROSA; PATRICIA MANN, , individually
   and in her capacity as an officer for the
19 CITY OF SANTA ROSA; RICH CELLI,
   individually and in his capacity as an officer
20 for the CITY OF SANTA ROSA; TRAVIS
   MENKE, , individually and in his capacity
21 as an officer for the CITY OF SANTA
   ROSA and DOES 1 through 25, inclusive,
22
              Defendants.
23 _____/

24     THE PARTIES HEREBY STIPULATE AS FOLLOWS:

25     On September 21, 2007, this Court issued a Related Case Order reassigning this matter to

26 Judge White as it is related to the case of *Patricia DeSantis, et al. v. City of Santa Rosa, et al.*,

27 Case No. C 07-3386 JSW.

28     On October 10, 2007, this Court issued an Order Setting Case Management Conference

1  for December 14, 2007, and Requiring Joint Case Management Conference Statement five court
2  days prior to that date, i.e., December 7, 2007.

3      On October 19, 2007, the Court conducted an Initial Case Management Conference in the
4  *Patricia DeSantis* matter wherein Judge White indicated that if plaintiff Adrianne DeSantis
5  participate in the ENE process in that matter which is now scheduled for January 7, 2008, he
6  would continue the Case Management Conference in this matter to the same date scheduled for a
7  further Case Management Conference in the *Patricia DeSantis* matter.

8      Accordingly, the parties hereby request that:

9      (1) the Initial Case Management Conference be continued from December 14, 2007 to the
10 further Case Management Conference date of January 11, 2008 to be heard simultaneously with
11 the related case of *Patricia DeSantis, et al. v. City of Santa Rosa, et al.*; and

12     (2) the filing of the Joint Case Management Conference Statement, Rule 26(f) report and
13 initial disclosures be continued from December 7, 2007 to January 4, 2008.

14

15 DATED: 11/9/07                                          CITY OF SANTA ROSA

16

17                                                         By: _____
18                                                         Caroline L. Fowler
                                                           Assistant City Attorney
                                                           Attorneys for Defendants
19

20 DATED: 11/9/07                                          LAW OFFICES OF JOHN L. BURRIS

21
                                                           By: _____
22                                                         John L. Burris
                                                           Attorneys for Plaintiffs
23

24
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26 DATED: November 9, 2007                                 _____
                                                           Honorable Jeffrey S. White
27                                                         United States District Judge

28

Stipulation and Order for Continuance of Case Management Conference, C 07 4474