1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
   as Chief of Police for the CITY OF SANTA ROSA;
7  RICH CELLI, an individual and Officer of the
   SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
8  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
   PATRICIA MANN, an individual and Officer of the
9  SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
   an individual and Officer of the SANTA ROSA POLICE DEPARTMENT

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor, | Case No. C 07-3386 JSW |
| 16                  Plaintiffs, | **STIPULATION AND ORDER FOR CONSOLIDATION OF ACTIONS** |
| 17          v. | |
| 18  CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN, et al. | |
| 20                  Defendants.<br>_____/ | |
| 21  ADRIANNE DESANTIS, | Case No. C 07-4474 JSW |
| 22                  Plaintiff, | |
| 23          v. | |
| 24  CITY OF SANTA ROSA, a municipal corporation, EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as | |

1    an officer for the CITY OF SANTA ROSA,
     et al.,

2
                    Defendants.

3    _____/

4           IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

5    entitled actions, by their respective counsel, as follows:

6           1.      The above-entitled actions, *Patricia DeSantis, et al. v. City of Santa Rosa, et al.,*

7    and *Adrianne DeSantis v. City of Santa Rosa, et al.*, arise out of the same incident and involve

8    common issues of law and fact; and

9           2.      The parties agree that in the interests of judicial economy, the two cases should be

10   consolidated for all purposes, including trial.

11          The undersigned hereby jointly apply to the court for an order consolidating Action No.

12   C 07-3386 JSW with Action No. C 07-4474 JSW and directing that only one set of findings of

13   fact and conclusions of law, if any, and one judgment be made, that the original of all further

14   papers filed in the above-entitled actions be entitled *Patricia DeSantis, et al. v. City of Santa*

15   *Rosa, et al.*, and filed in Action No. C 07-3386 JSW, and that a copy of such order be filed in

16   Action No. C 07-4474 JSW, but that no further papers or documents or copies thereof need be

17   filed in that action.

18

19   Dated:    1/2/08                           /s/_____
                                               JOHN HOUSTON SCOTT, ESQ.
20                                             Attorney for Plaintiffs
                                               PATRICIA DESANTIS, et al.
21

22   Dated:    1/3/08                          /s/_____
                                               ERIC SAFIRE, ESQ.
23                                             Attorney for Plaintiffs
                                               PATRICIA DESANTIS, et al.
24

25   Dated:    1/3/08                          /s/_____
                                               BEN NISENBAUM
26                                             Attorney for Plaintiff
                                               ADRIANNE DESANTIS
27   //

28   //

1    Dated:   1/3/08                      /s/

2                                      CAROLINE L. FOWLER
Assistant City Attorney
Attorney for Defendants

3                                      City of Santa Rosa, Edwin Flint, Chief of
Police, Santa Rosa Police Officers Jerry

4                                      Soares, Rich Celli, Travis Menke, and Patricia
Mann

5

6                                    <u>ORDER</u>

7    Pursuant to the stipulation of the parties and for good cause shown, **IT IS SO ORDERED.**

8

9    Dated:    January 8, 2008

10                                 HONORABLE JEFFREY S. WHITE
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28